UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) | CRIMINAL NO. _08 CR 2906 JM_ |
| | ) | _08MJ2514_ |
| | ) | ORDER |
| vs. | ) | |
| | ) | RELEASING MATERIAL WITNESS |
| Richard Dimas Martinez | ) | |
| | ) | |
| Defendant(s) | ) | Booking No. |
| | ) | |

On order of the United States ~~District~~/Magistrate Judge,   RUBEN D. BROOKS

IT IS HEREBY ORDERED that the following named person heretofore

committed to the custody of the United States Marshal as a material witness be

released from custody:   (Bond Posted / Case Disposed / Order of Court).

Mat. Wit Norma Gonzalez - Gorrostieta

DATED: _Aug. 28, 2008_

RUBEN D. BROOKS

UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

RECEIVED _____
              DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by

Deputy Clerk   B. Birgu

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082