FILED

AUG 28 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR2906-JM |
|---|---|---|
| Plaintiff, | ) | I N F O R M A T I O N |
| v. | ) | Title 8, U.S.C., |
| RICHARD DIMAS MARTINEZ, | ) | Secs. 1324(a)(1)(A)(ii) and (v)(II) - Transportation of Illegal Aliens and Aiding and |
| Defendant. | ) | Abetting |

The United States Attorney charges:

On or about August 12, 2008, within the Southern District of California, defendant RICHARD DIMAS MARTINEZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Yazmin Cuenca-Patron, had come to, entered and remained in the United States in violation of law, did transport and move, said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: 8/28/08 .

KAREN P. HEWITT
United States Attorney

_for_ CHARLOTTE E. KAISER
Assistant U.S. Attorney

CEK:jam:San Diego
8/19/08